# COUNTY OF SUFFOLK



**SUFFOLK COUNTY CLERK'S OFFICE**

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 55859 ★

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 09 2018 ★

LONG ISLAND OFFICE

Date: 12/1/2020

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 604412/2020 _____, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,


Tracy Lorenz
Principle Clerk Typist
E-filing Coordinator


Rev. 12/26/19



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Cour of Record thereof do hereby certify that I have compared the annexed with the original

**CLERKS MINUTES (NYSCEF)**

filed in my office on **12/01/2020**

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **12/1/2020** .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

**JUDITH A. PASCALE**

**SEAL**

| | NYSCEF<br>Suffolk County Supreme Court | Document List<br>Index # 606412/2020 | | Created on:12/01/2020 09:27 AM |

Case Caption:   JOSEPH FERLITO v. HARBOR FREIGHT TOOLS USA, INC.
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 06/03/2020 | Ferlito, J. (Pro Hac / Pro Se) |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 09/24/2020 | Ferlito, A. |
| 3 | ANSWER | Processed | 10/30/2020 | Harris, T. |
| 4 | DEMAND FOR:<br>Demand Pursuant to CPLR 3017(c) | Processed | 10/30/2020 | Harris, T. |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 10/30/2020 | Harris, T. |
| 6 | DEMAND FOR:<br>DEMAND FOR PRODUCTION AND PRESERVATION OF MATERIAL EVIDENCE | Processed | 11/05/2020 | Harris, T. |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/05/2020 | Harris, T. |
| 8 | NOTICE OF REMOVAL / REMAND (PRE RJI) - *Corrected* | Processed | 11/20/2020 | Harris, T. |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/18/2020 | Harris, T. |
| 10 | EXHIBIT(S)<br>USDC Civil Cover Sheet for Notice of Removal from State Court | Processed | 11/20/2020 | Harris, T. |
| 11 | EXHIBIT(S)<br>USDC Notice of Removal | Processed | 11/20/2020 | Harris, T. |
| 12 | EXHIBIT(S)<br>USDC Notice of Removal Ex. A - S/C filed in Supreme Court: Suffolk County | Processed | 11/20/2020 | Harris, T. |
| 13 | EXHIBIT(S)<br>USDC Notice of Removal Ex. B - AOS filed in Supreme Court: Suffolk County | Processed | 11/20/2020 | Harris, T. |
| 14 | EXHIBIT(S)<br>USDC Notice of Removal Ex. C - Answer filed in Supreme Court: Suffolk County | Processed | 11/20/2020 | Harris, T. |
| 15 | EXHIBIT(S)<br>USDC Notice of Removal Ex. D - Demand Pursant to CPLR 3017 | Processed | 11/20/2020 | Harris, T. |
| 16 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/20/2020 | Harris, T. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

JOSEPH FERLITO

                Plaintiff,

-against-

HARBOR FREIGHT TOOLS USA, INC.,

                Defendants.

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Index No.: 606412/2020

TO:  Suffolk County Clerk
      310 Center Drive
      Riverhead, New York 11901

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §1441, Defendant HARBOR FREIGHT TOOLS USA, INC., by and through its attorneys, Goldberg Segalla LLP, did on the 18th day of November, file a Notice of Removal of the above action in the Office of the Clerk of the United States District Court for the Eastern District of New York, a copy of which is attached hereto as Exhibit "A," and that said matter shall proceed hereafter in the United States District court for the Eastern District of New York

Dated: Garden City, New York
       November 16, 2020

                                        GOLDBERG SEGALLA LLP

                                        *[signature]*

TODD R. HARRIS [2857308]
*Attorneys for Defendant*
*Harbor Freight Tools USA, Inc.*
200 Garden City Plaza, Suite 520
Garden City, NY 11530-3203
Phone: 516.281.9800

To: Joseph Ferlito
34 E. Saltaire Road
Lindenhurst, New York 11757